UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY SIMS, JR., et al.,<br><br>  Defendants. | Case No. 1:19-cv-00138-DAD-EPG<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

  Plaintiff is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

  Accordingly, IT IS HEREBY ORDERED that:

  Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

  The Clerk of the Court is respectfully directed to send Plaintiff an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

  Dated:  **February 1, 2019**      /s/ Erica P. Grosjean
                    UNITED STATES MAGISTRATE JUDGE