1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9
10

| | Case No. 1:19-cv-00138-DAD-EPG |
|---|---|
| KYLE PETERSEN, | ORDER GRANTING PLAINTIFF'S MOTION TO RESEND DOCUMENTS AND FOR ADDITIONAL TIME TO COMPLY WITH SCREENING ORDER |
| Plaintiff, | |
| v. | (ECF No. 17) |
| ANTHONY SIMS, JR., et al., | |
| Defendants. | |

11
12
13
14
15
16

Plaintiff, Kyle Petersen, is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). Before the Court is Plaintiff's motion requesting that the Court resend certain documents. (ECF No. 17.) The Court will grant the motion.

On September 27, 2019, the Court entered a Screening Order. (ECF No. 14.) The Screening Order allows Plaintiff's Third Amended Complaint (ECF No. 9), as supplemented (ECF No. 13), to proceed against Defendants Sims and Torres for violations of Plaintiff's Fourth Amendment right against unreasonable search, and authorizes service of the Third Amended Complaint on Defendants (ECF No. 14).

The Screening Order, along with certain forms and documents necessary for Plaintiff to prepare papers for service on Defendants, were served on Plaintiff on September 27, 2019, via mail, at the address of record for Plaintiff. On October 7, 2019, Plaintiff filed a notice of change

of address. On October 15, 2019, the Screening Order and the forms and documents served on Plaintiff on September 27, 2019, were returned with the designations "undeliverable," and "unable to forward." Also on October 15, 2019, Plaintiff filed the present motion requesting the Court to resend documents ECF Nos. 9, 13, and 14, explaining that he was transferred on September 5, 2019, and was unable to obtain stamps until September 25, 2019, to submit notice to the Court of his change of address. Plaintiff also requests that if Plaintiff is under a deadline, that the deadline be extended by 30 days. The Court grants Plaintiff's motion.

IT IS ORDERED:

1. The Clerk of Court is directed to RESEND the following to Plaintiff at his new address of record:

   a. A copy of the Screening Order (ECF No. 14);

   b. Four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Third Amended Complaint filed on April 22, 2019 (ECF No. 9) and the supplement filed on August 29, 2019 (ECF No. 13);

2. Plaintiff is granted an additional **thirty (30) days** from the date of service of this order to comply with the requirements set forth in the Screening Order (ECF No. 14); and

3. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  __**October 17, 2019**__            ___/s/ Erin P. Grog___
                                              UNITED STATES MAGISTRATE JUDGE