# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN, | Case No.: 1:19-cv-00138-DAD-EPG |
| Plaintiff, | |
| v. | ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| ANTHONY SIMS, JR., and NICHOLAS TORRES, | |
| Defendants. | |

Plaintiff, Kyle Petersen, is proceeding pro se and in forma pauperis in this civil rights action, pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). In an order entered on October 23, 2019, the Court found service of the Third Amended Complaint, as supplemented, to be appropriate. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to forward the following documents to the U.S. Marshal:

    a) One completed and issued summons for each individual to be served;

    b) One completed USM−285 form for each individual to be served;

    c) One copy of the Third Amended Complaint filed on April 22, 2019 (ECF No. 9) and the supplement filed on August 29, 2019 (ECF No. 13), for each individual to be served, plus one copy for the United States Marshal; and

1

d) One copy of this order for each individual to be served, plus one copy for the United States Marshal.

2. Service on the United States of America:

    a. Within ten days from the date of this order, the United States Marshal is directed to serve the United States of America by serving a copy of the summons, the Third Amended Complaint and supplement (ECF Nos. 9, 13), and a copy of this order, in accordance with the provisions of Fed. R. Civ. P. 4(i)[1] and 28 U.S.C. § 566(c), upon the following:

        i. **United States Attorney for the Eastern District of California; and**

        ii. **Attorney General of the United States at Washington D.C.**

    b. Within ten days after such service is effected, the United States Marshal shall file the return of service for that service.

3. Service on individual defendants:

    a. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request

---

[1] Federal Rule of Civil Procedure 4(i) provides:

To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

    (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

2

a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

    i. **Anthony Sims, Jr., Forensic Specialist with the U.S. Department of Homeland Security Investigations in May 2017 through September 2017; and**

    ii. **Nicholas Torres, Special Agent with the U.S. Department of Homeland Security Investigations in May 2017.**

b. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

c. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

    i. Personally serve process and a copy of this order upon that defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

    ii. Within ten days after personal service is effected, the United States Marshal shall file the return of service for that defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the United States Marshal for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

d. If a defendant waives service, that defendant is required to return the signed waiver to the United States Marshal. The filing of an answer or a responsive motion does not relieve defendants of this requirement, and the failure to return the signed waiver may subject a defendant to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).

e. In the event that a defendant either waives service or is personally served, that defendant is required to reply to the complaint. 42 U.S.C § 1997e(g)(2).

4. In accordance with 42 U.S.C. § 1997e(c), the Court has screened and previously found service of the Complaint appropriate.

IT IS SO ORDERED.

Dated: **November 21, 2019**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE