# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY SIMS, JR., and NICHOLAS TORRES, <br><br> Defendants. | Case No.: 1:19-cv-00138-DAD-EPG <br><br> ORDER DENYING AS MOOT PLAINTIFF'S MOTION REQUESTING THE COURT TAKE JUDICIAL NOTICE <br><br> (ECF No. 34) |

Plaintiff, Kyle Petersen, is proceeding *pro se* and *in forma pauperis* in this civil rights action, pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). Plaintiff has filed a motion requesting that the Court take judicial notice of a related criminal case. (ECF No. 34.)

The Court previously issued a Screening Order in which the Court took judicial notice of the same criminal case that is the subject of Plaintiff's motion, *United States v. Peterson*, No. 1:17-cr-00255-LJO-SKO. (ECF No. 14 at 6 n.1.) Accordingly, Plaintiff's request that the Court take judicial notice of the related criminal case is moot. However, to the extent Plaintiff requests judicial notice of specific facts from this related criminal case, the motion will be denied without prejudice to renewal once defendants have been served and have entered an appearance in this case.

IT IS ORDERED that Plaintiff's motion for judicial notice of related criminal case *United States v. Peterson*, No. 1:17-cr-00255-LJO-SKO is DENIED as moot, but to the extent Plaintiff seeks judicial notice of specific facts from this related criminal case, the motion is DENIED without

prejudice to renewal once the defendant have been served and have entered an appearance in the case.

IT IS SO ORDERED.

Dated: **December 16, 2019**

/s/ *Eric P. Gross*
UNITED STATES MAGISTRATE JUDGE