UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KYLE PETERSEN,

    Plaintiff,

v.

ANTHONY SIMS, JR., et al.,

    Defendants.

Case No. 1:19-cv-00138-DAD-EPG

ORDER GRANTING REQUEST TO SEND COPY OF ORDER (ECF NO. 35) TO PLAINTIFF

(ECF No. 38)

    Plaintiff, Kyle Petersen, is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). Before the Court is Plaintiff's request (ECF No. 38) that the Clerk of the Court be directed to send Plaintiff a copy of the Court's order (ECF No. 35) denying Plaintiff's request for judicial notice. Plaintiff indicates that he has not received a copy of the order, and accordingly the Court finds good cause for granting Plaintiff's request.

    The Clerk of the Court is respectfully directed to send Plaintiff a copy of the Court's order (ECF No. 35) denying Plaintiff's request for judicial notice.

IT IS SO ORDERED.

    Dated: __**January 28, 2020**__          /s/ *Erica P. Grosjean*
                                                           UNITED STATES MAGISTRATE JUDGE

1