IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KYLE PETERSEN, | No. 1:19-cv-00138-DAD-EPG |
|---|---|
| Plaintiff, | **ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |
| v. | |
| ANTHONY SIMS, JR. and NICHOLAS TORRES, | (ECF No. 43) |
| Defendants. | |

The United States of America applied *ex parte* for an extension of time for Defendants Anthony Sims and Nicholas Torres to respond to the Third Amended Complaint (ECF No. 43). Having considered the application, and for good cause shown,

IT IS HEREBY ORDERED that the *ex parte* application (ECF No. 43) is GRANTED. Defendants shall file a response to Plaintiff's Third Amended Complaint no later than **April 19, 2020.**

IT IS SO ORDERED.

Dated: **February 10, 2020**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE