UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN , <br><br>        Plaintiff, <br><br>     v. <br><br> ANTHONY SIMS, JR., and NICHOLAS TORRES, <br><br>        Defendants. | Case No.: 1:19-cv-00138-DAD-EPG <br><br> ORDER RE: NOTICE PROVIDING EXPLANATION OF CURRENT SITUATION DUE TO COVID-19 <br><br> (ECF No. 49) |

Plaintiff, Kyle Petersen, is proceeding *pro se* and *in forma pauperis* in this civil rights action, pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). Plaintiff has filed a document titled "Plaintiff's Explanation of his Current Situation Due to COVID-19 Pandemic." (ECF No. 49.) In this document, Plaintiff explains that there is a stay-in-place requirement currently in effect at the Federal Correctional Institution at Lompoc, California, where Plaintiff is detained. He states that as a result, he is unable to access the law library or make copies necessary for serving Defendants with copies of documents he files with the Court. (*Id.*). Plaintiff asks that the Court waive the requirement that he be required to serve all parties and that he instead be allowed to simply file a single copy of documents with the Court and that the Court in turn serve the documents on Defendants in place of service by Plaintiff.

Finding good cause, IT IS ORDERED that until July 31, 2020, in light of the impact that the COVID-19 crisis is having on Plaintiff's ability to make copies and to access the law library, the

obligation to serve filings on defendants, and to serve multiple defendants with discovery, is excused. In light of the fact that counsel for defendants are electronically served with all court filings, filings with the Court will satisfy service on the defendants. For documents that must be served, such as discovery responses, service on counsel will constitute service on all defendants.

The Court also notes that defendants have filed a motion to dismiss (ECF No. 46), to which Plaintiff must respond within 21 days after being served with the motion. If Plaintiff needs additional time to respond to the motion to dismiss, Plaintiff may file a motion requesting an extension of time and should explain in that motion why he needs additional time to respond to the motion to dismiss.

IT IS SO ORDERED.

Dated: **April 29, 2020**        /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE