IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANTHONY SIMS, JR. and NICHOLAS TORRES,<br><br>                    Defendants. | No. 1:19-cv-00138-DAD-EPG<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>(ECF No. 52) |

Plaintiff, Kyle Petersen, is proceeding *pro* se and *in forma pauperis* in this civil rights action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). Before the Court is Plaintiff's ex parte application for an extension of time to respond to Defendants' motion to dismiss (ECF No. 52).  Having considered the application, and for good cause shown,

IT IS ORDERED that the *ex parte* application (ECF No. 52) is GRANTED.  Plaintiff shall file his opposition to Defendants' motion to dismiss no later than **July 6, 2020.**

IT IS SO ORDERED.

Dated:   __**May 6, 2020**__                    ____/s/ _Erica P. Grosjean_____
                                             UNITED STATES MAGISTRATE JUDGE

1