UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>            Plaintiff,<br><br>        v.<br><br>ANTHONY SIMS, JR., et al.,<br><br>            Defendants. | No.        1:19-cv-00138-DAD-EPG<br><br>ORDER RELATING AND REASSIGNING CASES |
| KYLE PETERSEN,<br><br>            Plaintiff,<br><br>        v.<br><br>ANTHONY SIMS, JR.,<br><br>            Defendant. | No.        1:20-cv-00884-DAD-SKO<br><br>**New Case No.  1:20-cv-00884-DAD-EPG** |
| KYLE PETERSEN,<br><br>            Plaintiff,<br><br>        v.<br><br>MEKISHA BUYARD,<br><br>            Defendant. | No.        1:20-cv-00954-AWI-JLT<br><br>**New Case No.  1:20-cv-00954-DAD-EPG** |

/////

1

A review of the complaints in the above-captioned cases reveals that they are related under this court's Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the undersigned and to Magistrate Judge Erica P. Grosjean will promote efficiency and economy for the court and the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to affect a savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, **the court orders that the three (3) above-captioned actions be reassigned to the undersigned and Magistrate Judge Erica P. Grosjean and that they be related to each other**.  The documents in the above-captioned actions shall bear the new case numbers above.

IT IS SO ORDERED.

Dated:   **July 14, 2020**

UNITED STATES DISTRICT JUDGE