UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY SIMS, JR. and NICHOLAS TORRES,<br><br>Defendants. | No. 1:19-cv-00138-DAD-EPG (PS)<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS<br><br>(ECF No. 46) |

This matter was stayed pending a decision by the Ninth Circuit regarding Plaintiff's underlying criminal appeal. (*See* ECF Nos. 79, 81). The Ninth Circuit has since affirmed, *United States v. Peterson*, 995 F.3d 1061, 1063 (9th Cir. 2021), and granted Plaintiff an extension to file any petition for rehearing no later than July 6, 2021. Additionally, Plaintiff has filed a notice of intent to proceed in this action. (ECF No. 87).

Pending before the Court is Defendants' motion to dismiss Plaintiff's third amended complaint. (ECF No. 46). The Court concludes that it would be appropriate for the parties to address the impact, if any, that the Ninth Circuit's decision has on the motion to dismiss before ruling on the motion.

Accordingly, IT IS ORDERED that Defendants shall file, by no later than June 30, 2021, a supplemental brief in support of their motion to dismiss addressing the impact, if any, of the decision in *United States v. Peterson*, 995 F.3d 1061 (9th Cir. 2021), on the pending motion to

1

dismiss.[1]  Plaintiff shall have thirty (30) days following the service of Defendants' supplemental brief to file any response.

IT IS SO ORDERED.

Dated:  **June 10, 2021**                              /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Should there be any intervening filings in this Ninth Circuit case, Defendants may move for an extension of time to file their supplemental brief.