|   |   |
|---|---|
| KYLE PETERSEN, | No. 1:19-cv-00138-DAD-EPG (PS) |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME |
| ANTHONY SIMS, JR. and NICHOLAS TORRES, | (ECF No. 89) |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

This matter is before the Court on Defendants' application for an extension of time to file a supplemental brief addressing the Ninth Circuit's decision in *United States v. Peterson*, 995 F.3d 1061 (9th Cir. 2021), which brief this Court previously ordered to be filed by June 30, 2021. (ECF No. 89, *see* ECF No. 88). As grounds for the extension, Defendants argue as follows:

> First, Plaintiff's appellate counsel has requested (and received) an extension of time to file a petition for rehearing *en banc*. *See United States v. Peterson*, 19-10246 at Dkt. Nos. 34, 35. The deadline for counsel to file a petition for rehearing is July 6, 2021. *Id.* Should a petition be granted, a further stay of this case may be warranted. Second, in light of Plaintiff's arguments on appeal, Defendants believe that *Heck v. Humphrey*, 512 U.S. 477 (1994) may be implicated by this case. Rather than raise this issue by separate motion, additional time will allow Defendants to raise this issue concurrently with Defendants' supplemental briefing.

(ECF No. 89, p. 1).

Finding good cause for the extension, IT IS ORDERED that Defendants shall file, by no later than August 5, 2021, a supplemental brief in support of their motion to dismiss addressing

1

the impact, if any, of the decision in *United States v. Peterson*, 995 F.3d 1061 (9th Cir. 2021), on the pending motion to dismiss.[1]  Plaintiff shall have thirty (30) days following the service of Defendants' supplemental brief to file any response.

IT IS SO ORDERED.

Dated: **June 28, 2021**　　　　　　　　/s/ *Erin P. Gross*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Should there be any intervening filings in this Ninth Circuit case, Defendants may move for an extension of time to file their supplemental brief.