UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>        Plaintiff,<br><br>   v.<br><br>ANTHONY SIMS, JR., et al.,<br><br>        Defendants. | No. 1:19-cv-00138-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 46, 61, 62, 65, 93, 94) |

Plaintiff Kyle Petersen is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2021, the assigned magistrate judge issued findings and recommendations recommending that:  (i) defendants' motion to dismiss (Doc. No. 46) be granted, without leave to amend; (ii) plaintiff's motion to file a surreply (Doc. No. 61) be denied; (iii) plaintiff's motion to construe this action as an action brought under 42 U.S.C. § 1983 (Doc. No. 62) be denied; (iv) plaintiff's motion to amend the complaint (Doc. No. 65) be denied; (v) plaintiff's request for judicial notice (Doc. No. 93) be denied.  (Doc. No. 94.)  The findings and recommendations were served on the parties and contained notice that any objections thereto

1

were to be filed within twenty-one (21) days after service.  (*Id*. at 15–16.)  Neither plaintiff nor defendants filed any objections to the findings and recommendations and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 17, 2021 (Doc. No. 94) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 46) is granted;
3. Plaintiff's motion to file a surreply (Doc. No. 61) is denied;
4. Plaintiff's motion to reconstrue his complaint (Doc. No. 62) is denied;
5. Plaintiff's motion for leave to amend his complaint (Doc. No. 65) is denied;
6. Plaintiff's request for judicial notice (Doc. No. 93) is denied;
7. This action is dismissed, without leave to amend; and
8. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 19, 2022**                     *Dale A. Drozd*
                                                 UNITED STATES DISTRICT JUDGE